**Order filed August 23, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00557-CV**

_____

**BRAZORIA CIVIC CLUB, Appellant**

**V.**

**BRAZORIA COUNTY APPRAISAL DISTRICT, Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 117254-CV**

---

## O R D E R

This is an appeal from an interlocutory order granting a plea to the jurisdiction, signed June 28, 2022. The notice of appeal was due July 18, 2022. *See* Tex. R. App. P. 26.1(b). Appellant, however, filed the notice of appeal on July 28, 2022, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal.

While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Ctr. Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we order appellant to file a proper motion to extend time to file the notice of appeal within ten (10) days of the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.